NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**PRODUCT ASSOCIATION TECHNOLOGIES LLC,**
*Plaintiff-Appellant*

**v.**

**CLIQUE BRANDS INC.,**
*Defendant-Appellee*

———————————————

2018-1090

———————————————

Appeal from the United States District Court for the Central District of California in No. 2:17-cv-05463-GW-PJW, Judge George H. Wu.

———————————————

## JUDGMENT

———————————————

JAY B. JOHNSON, Kizzia Johnson PLLC, Dallas, TX, argued for plaintiff-appellant.

YASSER EL-GAMAL, Manatt, Phelps & Phillips LLP, Costa Mesa, CA, argued for defendant-appellee.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (REYNA, WALLACH, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| | |
|---|---|
| October 5, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |